UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

K.G., INDIVIDUALLY AND ON
BEHALF OF C.G., A MINOR,
    Plaintiff,

v.                                             C.A. No. 09-299 S

KENNETH M. SHEEHAN, WEST
WARWICK SUPERINTENDENT OF
SCHOOLS; MALCOLM A. MOORE,
WEST WARWICK FINANCE DIRECTOR;
LINDAGAY PALAZZO, BRUCE VANASSE,
ELIZABETH BRUNERO, JAMES A.
WILLIAMSON, JR., and JOHN
PETTINICCHIO, JR., IN THEIR
CAPACITY AS MEMBERS OF THE WEST
WARWICK SCHOOL COMMITTEE,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on December 30, 2010 (document #28), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion for Summary Judgment is hereby DENIED and Defendants' Motion for Summary Judgment is hereby GRANTED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 1/24/11